IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA BUTNER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., et al.,<br><br>    Defendants. | NO. C12-3715 TEH<br><br>ORDER VACATING BRIEFING AND HEARING SCHEDULES ON MOTION TO REMAND AND MOTION TO DISMISS |

  Currently before the Court are Defendants' motions to stay and dismiss and Plaintiffs' motion to remand. The motion to stay has been fully briefed and is scheduled to be heard on August 27, 2012. The motions to dismiss and remand have not yet been fully briefed and are scheduled to be heard on September 17, 2012. To promote efficiency and conserve resources, the Court now VACATES the briefing and hearing schedules on the motion to remand and motion to dismiss pending the Court's decision on the motion to stay. If the Court denies the motion to stay, it will reset the briefing and hearing schedules on the other two motions at that time.

**IT IS SO ORDERED.**

Dated: 08/09/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT